1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11  GREAT AMERICAN INSURANCE
    COMPANY, an Ohio corporation,
12

            Plaintiff,
13

    v.
14

    MICHAEL FALLAS, an individual;
15  ILANIT FALLAS, an individual;

16
            Defendants.
17
18

Case No.: CV 19-1193-DMG (SSx)

**ORDER DISMISSING ACTION
PURSUANT TO FRCP 41(a)(1)(A) [33]**

19
20
21
22
23
24
25
26
27
28

Based on the stipulation of Plaintiff GREAT AMERICAN INSURANCE COMPANY ("Plaintiff") and Defendants MICHAEL FALLAS and ILANIT FALLAS (collectively, "Defendants"), submitted by and through their counsel, seeking the entry of an Order dismissing the above-captioned action without prejudice, and good cause appearing,

The Court hereby APPROVES the Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A). This action is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED:  June 30, 2020

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE